William J. Ramsey, as Executor, &c., *et al.,* Appellants,
v. Fred D. Parsons, Appellee.

. En Banc.

Appeal from Circuit Court, Hernando county; William
S. Bullock, Judge.

*G. C. Martin,* for Appellants.

*J. C. Davant,* for Appellees, appearing specially.

The bill in this cause was filed by the appellees against
the appellants. There was decree for the complainant
and the defendants appeal.

The appeal is dismissed because it does not appear from
the transcript of record, or otherwise, that the entry of
appeal was ever recorded in the Chancery Order Book,
nor that the appellee had entered a general appearance
in this court.